# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GABRIEL CHAVEZ et al., | ) | 08 cv 00122 LJO GSA |
| | ) | |
| Plaintiffs, | ) | AMENDED PRELIMINARY SCHEDULING |
| | ) | AND DISCOVERY ORDER |
| v. | ) | |
| DENNIS PETRISSANS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Due to the pending Motion to Compel set for the hearing on August 29, 2008 at 9:30 am, the court sets the following deadlines:

(1) An **October 17, 2008** cutoff for discovery on class certification only;

(2) The following briefing schedule for class certification :

    (a) **September 19, 2008** - Deadline to file and serve moving papers; and

    (b) **October 17, 2008** - Deadline to file and serve opposition papers ;

(3) A status conference will be held in Courtroom 4 before the Honorable Judge O'Neill on **October 22, 2008** at 8:30 am to address :

    (a) A deadline to file and serve reply papers for class certification;

    (b) Whether further discovery is necessary on class certification; and

    (c) Setting a hearing on class certification.

After resolution of the class certification, a scheduling conference will be set before

Judge O'Neill. These dates may be reviewed further at the Motion to Compel hearing if necessary.

IT IS SO ORDERED.

Dated: __August 6, 2008__          ____/s/ Gary S. Austin____
                                   UNITED STATES MAGISTRATE JUDGE