# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ et al, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DENNIS PETRISSANS AND NANCY PETRISSANS (doing business as "Jai Alai Diary")<br><br>Defendants. | 08 cv 00122 LJO GSA<br><br>ORDER RE: QUESTIONS RELATED TO OPT-OUT LETTERS |

On September 5, 2008, this court ordered that potential class members be sent a letter (hereinafter, "opt-out letter") informing them that employee and personnel information would be released to Plaintiffs' counsel unless the employee opposed the release of the information. On October 27, 2008, the parties contacted the court via e-mail with two questions regarding the opt-out letter. In response to those questions, the following is ordered :

1) If potential class members were not sent the opt-out letter for any reason, including an inability to contact individuals due to an unknown address, then the employee information for those potential class members shall be released to Plaintiffs' counsel. Any information released shall be subject to the stipulated protective order issued by this court on September 26, 2008; and

2) It is premature for a ruling to be made on whether Defendants can use personnel

1

1  information from employees who opposed the release of their information.  Those issues relate to
2  the Motion for Class Certification and should be addressed in the context of that motion which
3  will be heard by the Honorable Lawrence O'Neill.

    IT IS SO ORDERED.

**Dated:**   **October 31, 2008**           **/s/ Gary S. Austin**
                                                  UNITED STATES MAGISTRATE JUDGE