Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
Kati A. Franck, No. 236793
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants DENIS PETRISSANS and NANCY PETRISSANS
dba JAI ALAI DAIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GABRIEL CHAVEZ; JOSE GARCIA; FRANCISCO MURGUIA; JUAN MANUEL BERUMEN; and JUAN AGUILERA AYALA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS PETRISSANS AND NANCY PETRISSANS (doing business as "JAI ALAI DAIRY"),<br><br>Defendants. | Case No. 1:08-CV-00122 LJO GSA<br><br>**STIPULATION TO STAY PROCEEDINGS PENDING MEDIATION;**<br>**ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties named herein, through their respective counsel, that this action be stayed pursuant to the following terms:

1. A mediation has been scheduled for March 11, 2009, with Judge Howard Broadman, retired, which was the first date available with Judge Broadman.

2. In order to preserve judicial economy, as well as to prevent any unnecessary discovery and litigation costs to Plaintiffs and Defendants, all proceedings, including but not limited to written discovery, depositions, subpoena of records, all motions, including the **class certification hearing set on January 27, 2009, at 8:30 a.m. in Department 4 in front of the Honorable Lawrence J.**

///

*Chavez, et al. v. Petrissans, et al.*.
United States District Court, Eastern District of California, Case No. 1:08-CV-00122
1

STIPULATION TO STAY PROCEEDINGS
PENDING MEDIATION; ORDER THEREON

1  **O'Neill**, and all deadlines related to such hearing shall be stayed pending the mediation scheduled on
2  March 11, 2009.

3       3.     If the mediation scheduled for March 11, 2009 is cancelled or delayed due to
4  circumstances *outside* of Plaintiff's or Defendants' control, such mediation shall be immediately
5  rescheduled at the earliest possible date.

6       4.     If an earlier mediation date with Judge Broadman becomes available, and both parties
7  agree, the mediation may be moved to the earlier open date.

8       5.     If either party cancels the mediation, for any reason, this stipulation shall no longer be
9  binding and the case shall proceed per applicable Federal Rules of Civil Procedure and the local rules
10 of the United States District Court of the Eastern District of California.  In this event the current
11 deadlines will be reset  by the court by order to avoid prejudice to any party.

12       6.     If, after a diligent attempt by all parties, the mediation is unsuccessful, this stipulation
13 shall no longer be binding and the case shall proceed per applicable Federal Rules of Civil Procedure
14 and the local rules of the United States District Court of the Eastern District of California.  In this
15 event the current deadlines will be reset  by the court by order to avoid prejudice to any party.

16       7.     Nothing in this stipulation and order is intended to limit or waive any defenses the
17 defendants may have or assert to any of the claims alleged by any of the Plaintiffs, nor limit or waive
18 any rights the parties may have.

19
20 Dated:  November 21, 2008            MARDEROSIAN, RUNYON, CERCONE,
                                                                        LEHMAN & ARMO
21
22                                             By:  /s/ Michael G. Marderosian
23                                                   MICHAEL G. MARDEROSIAN,
                                                  Attorneys for Defendants above named

24 Dated:  November 21, 2008            LAW OFFICES OF
                                                              MALLISON &   MARTINEZ
25
26
27                                                 By:  /s/ Stan S. Mallison
                                                STAN S. MALLISON
28                                                 HECTOR R. MARTINEZ
                                                MARCO A. PALAU,
                                                Attorneys for Plaintiffs above named

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Chavez, et al. v. Petrissans, et al.*.
United States District Court, Eastern District of California, Case No. 1:08-CV-00122

STIPULATION TO STAY PROCEEDINGS
PENDING MEDIATION; ORDER THEREON
2

**ORDER**

IT IS HEREBY ORDERED that this action be stayed pursuant to the following terms:

1. A mediation has been scheduled for March 11, 2009, with Judge Howard Broadman, retired, which was the first date available with Judge Broadman.

2. In order to preserve judicial economy, as well as to prevent any unnecessary discovery and litigation costs to Plaintiffs and Defendants, all proceedings, including but not limited to written discovery, depositions, subpoena of records, all motions, including the **class certification hearing set on January 27, 2009, at 8:30 a.m. in Department 4 in front of the Honorable Lawrence J. O'Neill**, and all deadlines related to such hearing shall be stayed pending the mediation scheduled on March 11, 2009.

3. If the mediation scheduled for March 11, 2009, is cancelled or delayed due to circumstances *outside* of Plaintiff's or Defendant's control, such mediation shall be immediately rescheduled at the earliest possible date.

4. If an earlier mediation date with Judge Broadman becomes available, and both parties agree, the mediation may be moved to the earlier open date.

5. If either party cancels the mediation, for any reason, this stipulation shall no longer be binding and the case shall proceed per applicable Federal Rules of Civil Procedure and the local rules of the United States District Court of the Eastern District of California.  In this event the current deadlines will be reset  by the court by order to avoid prejudice to any party.

6. If, after a diligent attempt by all parties, the mediation is unsuccessful, this stipulation shall no longer be binding and the case shall proceed per applicable Federal Rules of Civil Procedure and the local rules of the United States District Court of the Eastern District of California.  In this event the current deadlines will be reset  by the court by order to avoid prejudice to any party.

7. Nothing in this order is intended to limit or waive any defenses the Defendants may have or assert to any of the claims alleged by any of the Plaintiffs, nor limit or waive any rights the parties may have.

8. A status conference will be held before the Honorable Gary S. Austin in Courtroom 10 on March 17, 2009 at 10:00 am.   The court will set new deadlines regarding class certification issues

MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Chavez, et al. v. Petrissans, et al..*
United States District Court, Eastern District of California, Case No. 1:08-CV-00122

STIPULATION TO STAY PROCEEDINGS
PENDING MEDIATION; ORDER THEREON

3

1  if the case has not settled at the time of the status conference. The parties shall inform the court
2  forthwith if the mediation dates are rescheduled, or if a settlement agreement is reached prior to the
3  status conference.

7     IT IS SO ORDERED.

8     **Dated:**   **November 21, 2008**            **/s/ Gary S. Austin**
                                                   UNITED STATES MAGISTRATE JUDGE

MARDEROSIAN,
RUNYON, CERCONE,
LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721

*Chavez, et al. v. Petrissans, et al..*
United States District Court, Eastern District of California, Case No. 1:08-CV-00122

STIPULATION TO STAY PROCEEDINGS
PENDING MEDIATION; ORDER THEREON

4