# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ et al., | 08 cv 00122 LJO GSA |
| Plaintiffs, | AMENDED BRIEFING SCHEDULE FOR CLASS CERTIFICATION MOTION |
| v. | ORDER TERMINATING STAY OF PROCEEDINGS |
| DENNIS PETRISSANS, et al., | |
| Defendants. | |

On March 23, 2009, a status conference was held. Stanley Mallison and Hector Martinez appeared telephonically on behalf of Plaintiffs. Sue Ann Cercone and Kati Franck appeared telephonically on behalf of Defendants.

On November 11, 2008, this court stayed the proceedings and vacated previously set dates regarding the class certification hearing so that the parties could engage in mediation. Since that time, the parties have informed the court that the case did not settle in mediation and the case should no longer be stayed. As such, the court orders that the stay is hereby terminated.

The court sets the following dates regarding filing deadlines for motions for class certification :

Plaintiffs shall file their motion for class certification no later than **April 27, 2009;**

Defendants shall file their opposition no later than **May 25, 2009**;

Plaintiff shall file any reply no later than **June 26, 2009**;

A hearing on the motion for class certification will be held before the Honorable Lawrence J. O'Neill in Courtroom 4 on **July 28, 2009 at 8:30 am.**

Plaintiffs are advised that any issues regarding missing documentation or any requests for additional discovery as it relates to their motion for class certification should be raised in their moving papers before Judge O'Neill.

IT IS SO ORDERED.

**Dated:  March 24, 2009**                    **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE