Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
Kati A. Franck, No. 236793
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants DENIS PETRISSANS and NANCY PETRISSANS doing business as JAI ALAI DAIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GABRIEL CHAVEZ; JOSE GARCIA; FRANCISCO MURGUIA; JUAN MANUEL BERUMEN; and JUAN AGUILERA AYALA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS PETRISSANS AND NANCY PETRISSANS (doing business as "JAI ALAI DAIRY"),<br><br>Defendants. | Case No. 1:08-CV-00122 LJO GSA<br><br>**STIPULATION AND ORDER RE: FILING DEADLINES FOR MOTION FOR CLASS CERTIFICATION**<br><br>**ORDER VACATING HEARING SET FOR JULY 28, 2009** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES HERETO THROUGH THEIR COUNSEL OF RECORD THAT:

1. The parties believe that this case may resolve through settlement as a result of the production by Defendants to Plaintiffs of certain financial documents. These documents will not be available to Plaintiffs for approximately two weeks. Plaintiffs intend to immediately review these documents when received but this may require retaining an accounting expert and their review may take at least a week to complete. If the parties agree as to the basic content and meaning of these documents, they are likely to be able to resolve this case through settlement negotiations either with, or without, the aid of our current mediator Judge Howard R. Broadman (Ret.).

2. The parties do not wish this stipulation to prejudice either party in this litigation and therefore request that all dates in the case be postponed by 60 days.

3. The parties both wish to avoid incurring any additional attorneys' fees and costs that may be unnecessary if the case resolves.

DATED: April 20, 2009.                                LAW OFFICES OF MALLISON & MARTINEZ


By:  /s/ Stan S. Mallison
     STAN S. MALLISON,
     Attorneys for Plaintiffs

DATED: April 20, 2009.                                MARDEROSIAN, RUNYON, CERCONE, LEHMAN & ARMO


By:  /s/ Sue Ann Cercone
     SUE ANN CERCONE
     Attorneys for Defendants

## ORDER

Pursuant to the stipulation of the parties, the amended briefing schedule issued by this court on March 25, 2009 is modified accordingly :

Plaintiffs shall file their motion for class certification no later than **June 26, 2009;**

Defendants shall file their opposition no later than **July 24, 2009**;

Plaintiff shall file any reply no later than **August 21, 2009**; and

The hearing on the motion for class certification scheduled before the Honorable Lawrence J. O'Neill on **July 28, 2009 at 8:30** am is hereby **VACATED.** The hearing on the motion for class certification will now be heard before the Honorable Lawrence J. O'Neill in Courtroom 4 on **September 22, 2009, at 8:30 am.** The parties must inform the court forthwith if this case settles.

IT IS SO ORDERED.

Dated: **April 20, 2009**          **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE