# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, JOSE GARCIA, FRANCISCO MURGUIA, JUAN MANUEL BERUMEN, and JUAN AGUILERA AYALA on behalf of themselves and all other similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> DENIS PETRISSANS and NANCY PETRISSANS (doing business as "Jai Alia Diary"), <br><br> Defendants. | 08-cv-00122 LJO GSA <br><br> ORDER GRANTING EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION |

On June 26, 2009, Plaintiffs filed an Ex Parte Request to Extend the Time to File a Motion for Class Certification due to the release of a decision, <u>Arias v. S.C. Dairy</u>, S155965, by the California Supreme Court scheduled for June 29, 2009. On June 29, 2009, Defendants filed a declaration opposing the request. Upon review of the motion and the opposition, Plaintiffs' request is GRANTED.[1] However, Defendants will be given additional time to respond to the Motion for Class Certification to avoid any prejudice. The new filing dates are as follows :

Plaintiffs' Motion for Class Certification is due on July 7, 2009

---

[1] In the motion, Plaintiffs requested July 8, 2009 as the new filing date, but the proposed order requested July 7, 2009. The Court believes that July 7, 2009 will give Plaintiffs sufficient time to amend the motion if necessary.

1

1  Defendants' Opposition is due on August 7, 2009

2  Plaintiffs' Reply is due on August 21, 2009

3  The hearing for the motion will remain as scheduled on September 22, 2009 at 8:30 am
4  before District Judge O'Neill in Courtroom 4.

6  IT IS SO ORDERED.

7  **Dated:   June 29, 2009**                            **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE