IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DENNIS PETRISSANS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. CV F 08-0122 LJO GSA<br><br>**ORDER REQUESTING SUPPLEMENTAL BRIEFING ON THE MOTION FOR PRELIMINARY APPROVAL** |

The Court has received and reviewed the Motion for Preliminary Approval of Class Action Settlement and the documents supporting the motion. (Doc. 59-62.) The Court requests supplemental briefing on the following issues:

1. Has the September 1, 2009 installment payment been deposited with the Settlement Administrator?

2. The Settlement Agreement provides for a second installment payment of $200,000 not later than September 1, 2011. The Court is asked to approve a settlement which will not be funded for another two years. Why is this settlement beneficial to the potential class members? Why is a mere promise to pay a settlement in two years a fair settlement?

Counsel shall file a written response no later than September 23, 2009. IT IS SO ORDERED.

**Dated:     September 16, 2009               /s/ Lawrence J. O'Neill**
                                                              UNITED STATES DISTRICT JUDGE

1