Michael G. Marderosian, No. 77296
Sue Ann Cercone, No. 143122
Kati A. Franck, No. 236793
MARDEROSIAN, RUNYON, CERCONE,
 LEHMAN & ARMO
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Attorneys for: Defendants DENIS PETRISSANS and NANCY PETRISSANS doing business as JAI ALAI DAIRY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GABRIEL CHAVEZ; JOSE GARCIA; FRANCISCO MURGUIA; JUAN MANUEL BERUMEN; and JUAN AGUILERA AYALA, on behalf of themselves and all other similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DENIS PETRISSANS AND NANCY PETRISSANS (doing business as "JAI ALAI DAIRY"),<br><br>Defendants. | Case No. 1:08-CV-00122 LJO GSA<br><br>**ORDER FOR MISCELLANEOUS RELIEF TO FILE DECLARATION OF NANCY PETRISSANS TO BE SUBMITTED IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT UNDER SEAL**<br><br>Date:   September 28, 2009<br>Time:   8:30 a.m.<br>Judge:   Lawrence J. O'Neill<br>Courtroom:   4 |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the Declaration of Nancy Petrissans intended to be submitted in support of the Motion for Preliminary Approval of Class Action Settlement shall be filed under seal.

IT IS SO ORDERED.

**Dated:   September 22, 2009**          **/s/ Lawrence J. O'Neill**
                              UNITED STATES DISTRICT JUDGE