# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CHAVEZ, et al., | CASE NO. CV F 08-0122 LJO GSA |
| Plaintiffs, | **ERRATUM TO ORDER CONDITIONALLY CERTIFYING SETTLEMENT OF CLASS** |
| vs. | (Doc. 73) |
| DENNIS PETRISSANS, et al., | |
| Defendants. | |

This Court issued an Order Conditionally Certifying a Settlement Class, among other things, on September 29, 2009. The Order contained an error in paragraph 5, on page 2, lines 15-16 regarding the dates of the class period. The Order is hereby corrected to modify the class period dates and to read as follows:

> All persons who are of have been employed by Jai Alai in the State of California as nonexempt employees from January 24, 2004 to until September 28, 2009.

IT IS SO ORDERED.

**Dated:   October 19, 2009**               /s/ Lawrence J. O'Neill
                                                                    UNITED STATES DISTRICT JUDGE

1