1  STAN S. MALLISON (SBN 184191)
   HECTOR R. MARTINEZ (SBN 206336)
2  MARCO A. PALAU (SBN 242340)
   LAW OFFICES OF MALLISON & MARTINEZ
3  1042 Brown Avenue
   Lafayette, CA 94549
4  Telephone:    (925) 283-3842
   Facsimile:    (925) 283-3426
5
6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                         (Fresno Division)

11

12  **GABRIEL CHAVEZ, JOSE GARCIA,**          **Case No. 1:08-cv-00122-LJO-GSA**
    **FRANCISCO MURGUIA, JUAN MANUEL**
13  **BERUMEN and JUAN AGUILERA AYALA,**
    **on behalf of themselves and all other similarly**
14  **situated individuals,**                 **NOTICE OF MOTION AND MOTION**
                                              **FOR FINAL APPROVAL OF CLASS**
15            **PLAINTIFFS,**                  **SETTLEMENT, ATTORNEYS FEES**
                                              **AND COSTS, AND CLASS**
16        **vs.**                             **CERTIFICATION**

17  **DENIS PETRISSANS and NANCY**
    **PETRISSANS (doing business as "Jai Alai**    Date:        December 14, 2009
18  **DaIry"),**                                   Time:        8:15 a.m.
                                                  Courtroom:  4
19            **Defendants.**                      Judge:      Lawrence J. O'Neill

20

21

22        TO DEFENDANTS JEFF WILBUR and LISA WILBUR doing business as "the Mayflower
23
    Companies," "Mayflower Dairy," and "Rio Blanco Dairy" (herein after referred to as "defendants"),
24
25  and their attorneys of record:

26        PLEASE TAKE NOTICE THAT, pursuant to this Court's September 10, 2009 Order, on or

27  about December 14, 2009 at 8:15 a.m. in Courtroom 4 on the 7th Floor of the above-entitled court,

28  plaintiffs Gabriel Chavez, Jose Garcia, Francisco Murguia, Juan Manuel Berumen, and Juan Aguilera

Ayala, ("Plaintiffs"), as proposed representatives of the class, (defined as all persons who are or have been employed by Defendants as non-exempt Dairy workers at anytime between August 1, 2004 and September 28, 2009) will and hereby do move this Court for entry of an Order:

1.      Certifying the Settlement Class;

2.      Approving the Class Settlement;

3.      Awarding Class Representatives Gabriel Chavez, Jose Garcia, Francisco Murguia, Juan Manuel Berumen, and Juan Aguilera Ayala incentive awards of $5000 each;

4.      Awarding Class Counsel Mallison & Martinez Attorney's fees of $83,333 and costs of $8233;

5.      Awarding Claims Administrator Rust Consulting $18,216 for their services.

6.      Awarding the State of California $10,000 pursuant to the California Labor Code Private Attorney General Act.

7.      Approving initial distribution of funds.

8.      Entering Final Judgment.

Plaintiffs' motion is based on this Notice and Motion, the attached Memorandum of Points and Authorities; the Declaration of Stan S. Mallison; The Declaration of Caryn Donly; the Proposed Order filed concurrently herewith; the Declarations of Gabriel Chavez, Jose Garcia, Francisco Murguia, Juan Manuel Berumen, and Juan Aguilera Ayala, the Proposed Judgment; the pleadings and papers filed in this action; and upon such other documentary and oral evidence or argument as may be presented to the Court at the hearing on this Motion.

Dated:  December 1, 2009.

/s/  Stan Mallison
STAN S. MALLISON